IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARA WILLIAMS, ET AL | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-5249 |
| | : | |
| NATIONS CREDIT FINANCIAL SERVICES CORPORATION, ET AL | : : | |

**O R D E R**

AND NOW, this     day of October, 2002, upon review of the record, the Court notes that Complaint was served by personal service on 08/21/02 upon Defendant David Bohm. The Court further notes that a pleading has not been filed in the above captioned action in response to the Complaint. You may file a request with the Clerk for entry of default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

If a Request for Default is not filed by October 24, 2002, the court will enter an order dismissing the case against Defendant David Bohm for lack of prosecution.

**IT IS SO ORDERED.**

BY THE COURT:

_____

R. Barclay Surrick, Judge