IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARA WILLIAMS and<br>ELLEN GORE | :<br>:<br>: | CIVIL ACTION |
| v. | :<br>:<br>:<br>: | NO. 02-5249 |
| NATIONS CREDIT<br>FINANCIAL SERVICES<br>CORPORATION, ET AL. | :<br>:<br>: | |

## ORDER

AND NOW, this 2d day of January, 2003, upon consideration of Defendants National Credit Financial Services Corporation d/b/a Equicredit Corporation of America and U.S. Bank National Association, Trustee Under Various Pooling and Servicing Agreements' Motion to Dismiss Count IX of the Complaint (Doc No. 12) and Plaintiffs' Motion for Leave to File Amended Complaint (Doc. No. 18) and all papers submitted in support thereof or in opposition thereto, it is ORDERED as follows:

1. Plaintiffs' Motion for Leave to File Amended Compliant is GRANTED, and Plaintiffs' shall file an Amended Complaint within ten (10) days of the date hereof.

2. Defendants' Motion to Dismiss is DENIED without prejudice.

IT IS SO ORDERED.

BY THE COURT:

_____

R. Barclay Surrick, Judge