IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARA WILLIAMS and ELLEN GORE | : | CIVIL ACTION |
| v. | : | NO. 02-5249 |
| NATIONS CREDIT FINANCIAL SERVICES CORPORATION, ET AL. | : | |

**ORDER**

AND NOW this 2d day of January, 2003, upon review of this Court's October 11, 2002 Order (Docket No. 13) noting that the Court would enter an order dismissing the case against Defendant David Bohm for lack of prosecution if Plaintiffs did not file a request with the Clerk for entry of default in accordance with Rule 55 of the Federal Rules of Civil Procedure by October 24, 2002, and it appearing that Plaintiff has not filed a request with the Clerk for entry of default, it is hereby ORDERED that all of Plaintiffs' claims against Defendant David Bohm are DISMISSED for lack of prosecution.

IT IS SO ORDERED.

BY THE COURT:

_____

R. Barclay Surrick, Judge

Case 2:02-cv-05249-RBS    Document 21    Filed 01/02/2003    Page 2 of 2