IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARA WILLIAMS, ET AL. : | |
| : | CIVIL ACTION |
| : | |
| v. : | |
| : | |
| : | NO. 02-CV-5249 |
| NATIONS CREDIT FINANCIAL SERVICES, : | |
| ET AL. : | |

**O R D E R**

**AND NOW,** this 31st day of July, 2003, upon consideration of the Motion To Vacate Dismissal Pursuant to Local Rule 41.1(b) (Doc. # 37) and after a conference with counsel at which agreement was reached concerning the terms of the settlement agreement, it is ORDERED that the Motion is DISMISSED as MOOT.

BY THE COURT:

_____
R. Barclay Surrick, Judge